Dismissed and Memorandum Opinion filed August 27,
2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00463-CV

____________

 

ANA CECILIA QUIROS CALERO, EDGAR LEIVA LEIVA, WILBERTO
GOMEZ LOPEZ, REBECA ACUNA MOLINA, YAIRICIA BERMUDEZ NUNEZ, YALILE CALDERSON
PALMA, YENIFER ORTEGA SALAZAR and ELIZABETHE CALVO SOLIS, Appellants

 

V.

 

BRENNTAG LATIN AMERICA, INC., BRENNTAG GROUP GmbH, and
QUIMICOS HOLANDA, Appellees

 



 

On Appeal from the 295th District Court

Harris County, Texas

Trial Court Cause No. 2008-57187

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 13, 2009.  On
August 19, 2009, appellant filed a motion to dismiss the appeal.  See
Tex. R. App. P. 42.1.  The motion
is granted.

 








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Seymore and Sullivan.